UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12-00083 |
| ) | JUDGE SHARP |
| ERIC LOUIS GUTIERREZ ) | |

### MOTION TO EXTEND DEADLINE TO FILE PRETRIAL MOTIONS

Eric Louis Gutierrez, through counsel, respectfully moves this Honorable Court to extend the time in which to file pretrial motions. Pretrial motions are currently due not later than Wednesday, August 29, 2012. Counsel requests a one week extension. An extension is required because, due to counsel's other work responsibilities. The Government has no objections to this Motion. Accordingly, it is respectfully requested that the Court extend the filing deadline for pretrial motions, if necessary until **Wednesday, September 5, 2012**.

Respectfully submitted,

   s/ *Ronald C. Small*
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Eric Louis Gutierrez

### CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2012, I electronically filed the foregoing *Motion to Extend Deadline to File Pretrial Motions* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Clay T. Lee**, Special Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

   s/ *Ronald C. Small*
**RONALD C. SMALL**