UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:12-cr-00083 |
| | ) | |
| v. | ) | Judge Sharp |
| | ) | |
| ERIC LOUIS GUTIERREZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

A final pretrial conference was held in this matter on September 13, 2012. For the reasons stated in open Court, it is hereby ORDERED that:

1. Defendant's First Motion *in Limine* to Exclude Evidence that Defendant Lacked a Handgun Permit (Docket Entry No. 28) is hereby DENIED;

2. Defendant's Second Motion *in Limine* to Exclude Evidence of Prior Arrests and Convictions (Docket Entry No. 29) is hereby RESERVED for ruling;

3. Defendant's Third Motion *in Limine* to Exclude Evidence of Defendant's Probationary Status (Docket Entry No. 30) is hereby RESERVED for ruling;

4. Defendant's Fourth Motion *in Limine* to Exclude Evidence of Pending Charges (Docket Entry No. 31) is hereby GRANTED;

5. Defendant's Fifth Motion *in Limine* to Exclude Testimony and Evidence Regarding High Crime Area (Docket Entry No. 32) is hereby GRANTED;

6. Defendant's Sixth Motion *in Limine* to Exclude Statements Allegedly Made by Defendant to Officer Travis Baxter on October 8, 2011 (Docket Entry No. 46) is hereby RESERVED for ruling; and

7. Government's Motion *in Limine* to Admit Evidence under Fed. R. Evid. 609 (Docket Entry No. 33) is hereby RESERVED for ruling.

It is so **ORDERED**.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE