# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

ERIC LOUIS GUTIERREZ

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:12-00083-1

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Kevin H. Sharp_
Signature of Judge

KEVIN H. SHARP — U.S. DISTRICT
Name of Judge — Title of Judge

9/19/2012
Date

Print Document | Save As... | Export as FDF | Retrieve FDF File | Reset Document